**Carmel BARNES, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 75272.

Missouri Court of Appeals,
Eastern District,
Division One.

May 18, 1999.

Mark A. Grothoff, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Anne E. Hawley, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES A. PUDLOWSKI, P.J., WILLIAM H. CRANDALL, Jr., and CLIFFORD H. AHRENS, JJ.

**ORDER**

PER CURIAM.

Carmel Barnes appeals from the judgment denying his Rule 29.15 motion without an evidentiary hearing. The motion court's findings of fact and conclusions of law are not clearly erroneous. An opinion

would have no precedential value. The judgment is affirmed pursuant to Rule 84.16(b).